IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY L. BROWNFIELD | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:20cv301-HSO-RPM |
| | § | |
| DENIS MCDONOUGH, Secretary, | § | |
| U.S. Department of Veteran Affairs | § | DEFENDANT |

CONSOLIDATED WITH

| | | |
|---|---|---|
| JEREMY L. BROWNFIELD | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:21cv135-HSO-RPM |
| | § | |
| DENIS MCDONOUGH, Secretary, | § | |
| U.S. Department of Veteran Affairs | § | DEFENDANT |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that these consolidated civil actions are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 28th day of February, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE